No. 71–1334. TWENTIETH CENTURY-FOX FILM CORP. *v.* DESNY. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1341. BEHR ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1346. UNITED MINE WORKERS OF AMERICA *v.* RIVERTON COAL CO. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1362. JOHNSON *v.* COMMITTEE ON EXAMINATIONS & ADMISSIONS OF THE SUPREME COURT OF ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1384. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY FIRST MORTGAGE 4% BONDHOLDERS COMMITTEE *v.* BAKER ET AL., TRUSTEES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6158. FOGGY *v.* ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6502. YOUNG *v.* MARYLAND. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1266. GETTELMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion to dispense with printing petition granted. Certiorari denied.